

July 27, 2021

# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2021

<u>Via E-File</u>

Honorable Gregory H. Woods
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re: *Nexpoint Strategic Opportunities Fund v. Acis Capital Management, L.P., et al*, Cause No. 1:21-cv-04384-GHW, In the United States District Court, Southern District of New York

Dear Judge Woods:

The initial pretrial conference in this matter is scheduled for September 8, 2021, at 4:00. Per the attached letter from the Clerk of the Court of Appeals for the Fifth District of Texas, I was notified of oral argument in *Jowell v. BioTe Medical, LLC*, Case No. DC-20-18668, on September 8, 2021, at 3:00 CST/4:00 EST.

Additionally, in followup to my letter dated July 14, 2021, no defendant has made an appearance yet. I can advise that three of the four defendants have been served, and we are working to effect service on the remaining two defendants prior to the August 12 service deadline, although we are encountering difficulty in obtaining an accurate service address.

In light of the above, we respectfully request that the initial pretrial conference be rescheduled to October 8, 2021, or a date convenient with the Court's schedule.

Yours very truly,

Mazin A. Sbaiti

Enclosure (Clerk's letter notice)

Application granted. The initial pretrial conference scheduled for September 8, 2021 is adjourned to October 14, 2021 at 4:00 p.m. The conference will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The joint status letter and proposed case management plan described in the Court's May 17, 2021 order are due no later than October 7, 2021. Dkt. No. 4. Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated: July 27, 2021
New York, New York

GREGORY H. WOODS
United States District Judge