UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NEXPOINT STRATEGIC OPPORTUNITIES FUND, <br><br> Plaintiff, <br><br> -against- <br><br> ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, N.A., JOSHUA N. TERRY, AND BRIGADE CAPITAL MANAGEMENT, L.P., <br><br> Defendants, <br><br> -and- <br><br> HIGHLAND CLO FUNDING LTD. <br><br> Proposed Intervenor-Defendant. | Case No. 21-cv-04384 <br><br> **NOTICE OF MOTION TO INTERVENE** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Declaration of Uri A. Itkin dated November 24, 2021, Proposed Intervenor Defendant Highland CLO Funding Ltd. ("HCLOF"), by its attorneys Kasowitz Benson Torres LLP, will move this court for an order granting HCLOF intervention in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure, and for such other relief as the Court deems just and proper.

Dated:  New York, New York
        November 24, 2021

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By:  */s/ Uri A. Itkin*
      Uri A. Itkin
      Jill L. Forster
      Andrew W. Breland

1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700

*Attorneys for Proposed Intervenor Highland CLO Funding, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Motion to Intervene was served on this the 24th day of November, 2021 on all counsel of record via CM/ECF pursuant to the Federal Rules of Civil Procedure.

                                        */s/ Uri A. Itkin*
                                        Uri A. Itkin