# Kasowitz Benson Torres LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
| URI A. ITKIN |  | LOS ANGELES |
| DIRECT DIAL: (212) 506-3344 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 500-3599 | FAX: (212) 506-1800 | NEWARK |
| UItkin@kasowitz.com |  | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

December 13, 2021

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

       Re:    *Nexpoint Strategic Opportunities Fund v. Acis Capital Management, L.P., et al.*,
               No. 1:21-cv-04384-GHW

Dear Judge Woods:

      Pursuant to Rule 2(C) of Your Honor's Individual Rules of Practice, we write on behalf of intervenor-defendant Highland CLO Funding Ltd. ("HCLOF") to request a pre-motion conference on HCLOF's anticipated motion to dismiss the Second Amended Complaint, dated Nov. 23, 2021 (ECF No. 42, "SAC"). The grounds for the proposed motion to dismiss the SAC are set forth in Section III of the Memorandum of Law in Support of Highland CLO Funding Ltd.'s Motion to Intervene, dated Nov. 24, 2021 (ECF No. 44), which is incorporated herein by reference. Thank you for your consideration.

                                       Respectfully submitted,

                                       */s/ Uri A. Itkin*

                                       Uri A. Itkin

   cc:    All Counsel of Record (via ECF)