UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXPOINT STRATEGIC OPPORTUNITIES FUND<br><br>*Plaintiff,*<br><br>v.<br><br>ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, N.A., JOSHUA N. TERRY, BRIGADE CAPITAL MANAGEMENT, L.P.,<br><br>*Defendants*. | No. 1:21-cv-04384-GHW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Misha Boutilier of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Defendant Acis Capital Management, L.P., in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       January 3, 2022

                              */s/ Misha Boutilier*
                              Misha Boutilier
                              QUINN EMANUEL URQUHART & SULLIVAN, LLP
                              51 Madison Avenue, 22nd Floor
                              New York, NY 10010
                              Telephone: (212) 849-7559
                              Facsimile: (212) 849-7100
                              Email: mishaboutilier@quinnemanuel.com

                              *Attorney for Defendant Acis Capital Management, L.P.*