UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXPOINT STRATEGIC OPPORTUNITIES FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, N.A., JOSHUA N. TERRY, BRIGADE CAPITAL MANAGEMENT, L.P.,<br><br>*Defendants*. | No. 1:21-cv-04384-GHW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan E. Pickhardt of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Defendant Acis Capital Management, L.P., in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
January 3, 2022

*/s/ Jonathan Pickhardt*
Jonathan E. Pickhardt
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100
Email: jonathanpickhardt@quinnemanuel.com

*Attorney for Defendant Acis Capital Management, L.P.*