```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                          :
NEXPOINT STRATEGIC OPPORTUNITIES FUND, :
                                                          :
                                      Plaintiff,            :          1:21-cv-04384-GHW
                                                          :
                    -against-                         :          ORDER
                                                          :
ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, :
N.A., JOSHUA N. TERRY, BRIGADE CAPITAL
MANAGEMENT, L.P.,                              :
                                                          :
                                      Defendants.          :
                                                          :
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On January 4, 2022, the Court held a conference to discuss the requests by defendants Acis Capital Management, L.P., U.S. Bank, N.A., Brigade Capital Management, L.P, and defendant-intervenor Highland CLO Funding (together, "Defendants") for leave to file motions to dismiss Plaintiff's complaint. Defendants' requests, Dkt. Nos. 50, 51, 52, 53, are granted. The deadline for Defendants to file and serve their motions to dismiss is January 27, 2022. Plaintiff's opposition is due four weeks after service of Defendants' motions; Defendants' reply, if any, is due two weeks after service of Defendant's opposition.

In addition, for the reasons stated on the record during that conference, discovery in this action is stayed pending resolution of Defendants' motions.

Plaintiff is ordered to serve a copy of this order on Defendant Joshua N. Terry and retain proof of service.

SO ORDERED.

Dated: January 4, 2022  
New York, New York

                                                 _____  
                                                 GREGORY H. WOODS  
                                                 United States District Judge