

January 12, 2022

**Via E-File**

Honorable Gregory H. Woods
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY  10007

    Re:    *Nexpoint Strategic Opportunities Fund v. Acis Capital Management, L.P., et al,* Cause No. 1:21-cv-04384-GHW, In the United States District Court, Southern District of New York

Dear Judge Woods:

    On behalf of Plaintiff, I wish to update the Court that counsel Blair Adams has agreed to accept service of the original and two amended complaints on behalf of Defendant Joshua N. Terry.

                                                                                    Yours very truly,

                                                                                   */s/ Mazin A. Sbaiti*
                                                                                    Mazin A. Sbaiti

cc:  All Counsel of Record (via E-File)