UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXPOINT STRATEGIC OPPORTUNITIES FUND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, N.A., JOSHUA N. TERRY, BRIGADE CAPITAL MANAGEMENT, L.P.,<br><br>　　　　Defendants. | Case No. 1:21-cv-04384-GHW<br><br>**NOTICE OF MOTION TO DISMISS AND FOR ATTORNEYS' FEES AND COSTS**<br><br>**Oral Argument Requested** |

　　　　PLEASE TAKE NOTICE that Defendant Acis Capital Management, L.P., by and through its undersigned counsel, will move this Court, at a date and time to be determined by the Court, for an order dismissing in its entirety Plaintiff's Second Amended Complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is based on the accompanying Memorandum of Law in Support of Defendant Acis Capital Management, L.P.'s Motion To Dismiss Plaintiff's Second Amended Complaint and for Attorneys' Fees and Costs, and the Declaration of Jonathan E. Pickhardt dated January 27, 2022, with exhibits thereto.

Dated: January 27, 2022                                      **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                                                                 By:    <u>*/s/ Jonathan E. Pickhardt*</u>
                                                                                         Jonathan E. Pickhardt
                                                                                        Blair A. Adams
                                                                                        Misha Boutilier
                                                                                        51 Madison Ave., 22nd Floor
                                                                                        New York, New York 10010
                                                                                        Tel: 212-849-7000
                                                                                        Fax: 212-849-7100
                                                                                        jonathanpickhardt@quinnemanuel.com
                                                                                        blairadams@quinnemanuel.com
                                                                                        mishaboutilier@quinnemanuel.com

                                                                                        *Attorneys for Defendant Acis Capital Management, L.P.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on January 27, 2022, he caused a true copy of the foregoing document to be served via CM/ECF to all counsel of record.

*/s/ Misha Boutilier*
Misha Boutilier