UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXPOINT STRATEGIC OPPORTUNITIES FUND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, N.A., JOSHUA N. TERRY, BRIGADE CAPITAL MANAGEMENT, L.P.,<br><br>　　　　Defendants. | Case No. 1:21-cv-04384-GHW<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**Oral Argument Requested** |

　　　　PLEASE TAKE NOTICE that Defendant Joshua N. Terry, by and through his undersigned counsel, will move this Court, at a date and time to be determined by the Court, for an order dismissing in its entirety Plaintiff's Second Amended Complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is based on the accompanying Memorandum of Law in Support of Defendant Joshua N. Terry's Motion To Dismiss Plaintiff's Second Amended Complaint.

1

2

Dated: January 27, 2022  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: <u>*/s/ Jonathan E. Pickhardt*</u>
Jonathan E. Pickhardt
Blair A. Adams
Misha Boutilier
51 Madison Ave., 22nd Floor
New York, New York 10010
Tel: 212-849-7000
Fax: 212-849-7100
jonathanpickhardt@quinnemanuel.com
blairadams@quinnemanuel.com
mishaboutilier@quinnemanuel.com

*Attorneys for Defendant Joshua N. Terry*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 27, 2022, he caused a true copy of the foregoing document to be served via CM/ECF to all counsel of record.

                                                                                                             */s/ Misha Boutilier*
                                                                                                             Misha Boutilier