UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXPOINT STRATEGIC OPPORTUNITIES FUND,<br><br>Plaintiff,<br><br>-against-<br><br>ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, N.A., JOSHUA N. TERRY, AND BRIGADE CAPITAL MANAGEMENT, LP,<br><br>Defendants,<br><br>-and-<br><br>HIGHLAND CLO FUNDING LTD.<br><br>Intervenor-Defendant. | Case No. 21-cv-04384<br><br>**JOINT STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR INTERVENOR-DEFENDANT HIGHLAND CLO FUNDING LTD.** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, and subject to the approval of the Court, that the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") is hereby substituted in place of the law firm of Kasowitz Benson Torres LLP ("Kasowitz") as counsel of record for Intervenor-Defendant Highland CLO Funding Ltd. ("Highland") in the above-captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

Uri A. Itkin (uitkin@akingump.com)
Jennifer E. Poon (jpoon@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Dated: New York, New York
May 12, 2022

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| By: */s/ Mitchell R. Schrage/* <br>     Mitchell R. Schrage | By:_____ <br>     Uri A. Itkin |
| 1633 Broadway <br> New York, New York 10019 <br> Telephone: (212) 506-1700 <br> Facsimile: (212) 506-1800 | One Bryant Park <br> New York, New York 10036 <br> Telephone: (212) 872-1000 <br> Facsimile: (212) 872-1002 |
| *Outgoing Attorneys for Intervenor-Defendant Highland CLO Funding Ltd.* | *Incoming Attorneys for Intervenor-Defendant Highland CLO Funding Ltd.* |
| SBAITI & COMPANY PLLC | SEWARD & KISSEL LLP |
| By:_____ <br>     Mazin A. Sbaiti | By:_____ <br>     Mark D. Kotwick |
| J.P. Morgan Chase Tower <br> 2200 Ross Avenue – Suite 4900W <br> Dallas, TX 75201 <br> Telephone: (214) 432-2899 <br> Facsimile: (214) 853-4367 | One Battery Park Plaza <br> New York, New York 10004 <br> Telephone: (212) 574-1200 <br> Facsimile: (212) 480-8421 |
| *Attorneys for Plaintiff NexPoint Strategic Opportunities Fund* | *Attorneys for Defendant U.S. Bank, N.A., in its capacity as Indenture Trustee* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LATHAM & WATKINS LLP |
| By:_____ <br>     Jonathan E. Pickhardt | By:_____ <br>     Jason C. Hegt |
| 51 Madison Ave., 22nd Floor <br> New York, New York 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 | 1271 Avenue of the Americas <br> New York, New York 10020 <br> Telephone: (212) 906-1200 <br> Facsimile: (212) 751-4864 |
| *Attorneys for Defendants Acis Capital Management, L.P. and Joshua N. Terry* | *Attorneys for Defendant Brigade Capital Management, LP* |

Dated: New York, New York
May 12, 2022

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP<br><br>By:_____<br>Mitchell R. Schrage<br><br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800<br><br>*Outgoing Attorneys for Intervenor-*<br>*Defendant Highland CLO Funding Ltd.* | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: /s/ Uri A. Itkin<br>Uri A. Itkin<br><br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>*Incoming Attorneys for Intervenor-Defendant*<br>*Highland CLO Funding Ltd.* |
| SBAITI & COMPANY PLLC<br><br>By: /s/ Mazin Sbaiti<br>Mazin A. Sbaiti<br><br>J.P. Morgan Chase Tower<br>2200 Ross Avenue – Suite 4900W<br>Dallas, TX 75201<br>Telephone: (214) 432-2899<br>Facsimile: (214) 853-4367<br><br>*Attorneys for Plaintiff*<br>*NexPoint Strategic Opportunities Fund* | SEWARD & KISSEL LLP<br><br>By: /s/ Mark Kotwick<br>Mark D. Kotwick<br><br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Facsimile: (212) 480-8421<br><br>*Attorneys for Defendant U.S. Bank, N.A.,*<br>*in its capacity as Indenture Trustee* |
| QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>By: /s/ Blair Adams<br>Blair Adams<br><br>51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Defendants Acis Capital*<br>*Management, L.P. and Joshua N. Terry* | LATHAM & WATKINS LLP<br><br>By: /s/ Jason Hegt<br>Jason C. Hegt<br><br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br><br>*Attorneys for Defendant Brigade Capital*<br>*Management, LP* |

2

Highland CLO Funding Ltd.

By: _____

SO ORDERED:

_____
The Honorable Gregory H. Woods

Dated:
New York, New York

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXPOINT STRATEGIC OPPORTUNITIES FUND,<br><br>Plaintiff,<br><br>-against-<br><br>ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, N.A., JOSHUA N. TERRY, AND BRIGADE CAPITAL MANAGEMENT, LP,<br><br>Defendants,<br><br>-and-<br><br>HIGHLAND CLO FUNDING LTD.<br><br>Intervenor-Defendant. | Case No. 21-cv-04384<br><br>**DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4** |

I, Uri A. Itkin, make this declaration under the penalties of perjury pursuant to 27 U.S.C. § 1746:

1. I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am a partner of the law firm Akin Gump Strauss Hauer & Feld LLP ("Akin Gump").

2. Pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully submit this declaration in support of the accompanying Joint Stipulation and Order substituting Akin Gump for Kasowitz Benson Torres LLP ("Kasowitz") as counsel of record for Intervenor-Defendant Highland CLO Funding Ltd. ("Highland") in the above-captioned action.

3. Highland wishes to retain Akin Gump as its counsel in Kasowitz's place in the above-captioned action, and all parties have consented to the withdrawal of Kasowitz.

4. This action was commenced by the filing of the Complaint on May 14, 2021 by Plaintiff NexPoint Strategy Opportunities Fund [ECF No. 1]. Plaintiff filed the Second

Amended Complaint on November 23, 2021 [ECF No. 42].  On November 24, 2024, Highland filed a Motion to Intervene, which the Court granted on December 7, 2021 [ECF Nos. 43, 49]. On January 27, 2022, Highland filed a Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 78].  On February 25, 2022, Plaintiff filed its opposition to Highland's Motion to Dismiss [ECF No. 96].  On March 10, 2022, Highland filed a reply in further support of its Motion to Dismiss [ECF No. 108].  Briefing is now complete.

5.      The proposed substitution of Akin Gump as counsel for Highland should not materially delay or prejudice any party.  I respectfully request that the Court approve the Joint Stipulation and Order of Substitution of Counsel for Intervenor-Defendant Highland CLO Funding Ltd. submitted herewith.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Uri A. Itkin*
    Uri A. Itkin

One Bryant Park
New York, New York 10036

Telephone: (212) 872-1027
Facsimile: (212) 872-1002
uitkin@akingump.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Stipulation and Order of Substitution of Counsel for Intervenor-Defendant Highland CLO Funding Ltd. and supporting Declaration was served on this 12 day of May, 2022 on all counsel of record via CM/ECF pursuant to the Federal Rules of Civil Procedure.

By: */s/ Uri A. Itkin*
Uri A. Itkin