```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXPOINT STRATEGIC OPPORTUNITIES FUND,

    Plaintiff,

-against-

ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, N.A., JOSHUA N. TERRY, AND BRIGADE CAPITAL MANAGEMENT, LP,

    Defendants,

-and-

HIGHLAND CLO FUNDING LTD.

    Intervenor-Defendant.

Case No. 21-cv-04384

**JOINT STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR INTERVENOR-DEFENDANT HIGHLAND CLO FUNDING LTD.**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, and subject to the approval of the Court, that the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") is hereby substituted in place of the law firm of Kasowitz Benson Torres LLP ("Kasowitz") as counsel of record for Intervenor-Defendant Highland CLO Funding Ltd. ("Highland") in the above-captioned action.

    A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

    PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

    Uri A. Itkin (uitkin@akingump.com)
    Jennifer E. Poon (jpoon@akingump.com)
    AKIN GUMP STRAUSS HAUER & FELD LLP
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002

Dated: New York, New York
       May 12, 2022

| KASOWITZ BENSON TORRES LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| By: *[signed]* Mitchell R. Schrage | By: _____ Uri A. Itkin |
| 1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800 | One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 |
| *Outgoing Attorneys for Intervenor-Defendant Highland CLO Funding Ltd.* | *Incoming Attorneys for Intervenor-Defendant Highland CLO Funding Ltd.* |
| SBAITI & COMPANY PLLC | SEWARD & KISSEL LLP |
| By: _____ Mazin A. Sbaiti | By: _____ Mark D. Kotwick |
| J.P. Morgan Chase Tower<br>2200 Ross Avenue – Suite 4900W<br>Dallas, TX 75201<br>Telephone: (214) 432-2899<br>Facsimile: (214) 853-4367 | One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Facsimile: (212) 480-8421 |
| *Attorneys for Plaintiff NexPoint Strategic Opportunities Fund* | *Attorneys for Defendant U.S. Bank, N.A., in its capacity as Indenture Trustee* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LATHAM & WATKINS LLP |
| By: _____ Jonathan E. Pickhardt | By: _____ Jason C. Hegt |
| 51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | 1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864 |
| *Attorneys for Defendants Acis Capital Management, L.P. and Joshua N. Terry* | *Attorneys for Defendant Brigade Capital Management, LP* |

2

Dated: New York, New York
May 12, 2022

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| By: _____<br>Mitchell R. Schrage | By: *(signed)* Uri A. Itkin |
| 1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800 | One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 |
| *Outgoing Attorneys for Intervenor-Defendant Highland CLO Funding Ltd.* | *Incoming Attorneys for Intervenor-Defendant Highland CLO Funding Ltd.* |
| SBAITI & COMPANY PLLC | SEWARD & KISSEL LLP |
| By: *(signed)* Mazin A. Sbaiti | By: *(signed)* Mark D. Kotwick |
| J.P. Morgan Chase Tower<br>2200 Ross Avenue – Suite 4900W<br>Dallas, TX 75201<br>Telephone: (214) 432-2899<br>Facsimile: (214) 853-4367 | One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Facsimile: (212) 480-8421 |
| *Attorneys for Plaintiff*<br>*NexPoint Strategic Opportunities Fund* | *Attorneys for Defendant U.S. Bank, N.A., in its capacity as Indenture Trustee* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LATHAM & WATKINS LLP |
| By: *(signed)* Blair Adams | By: *(signed)* Jason C. Hegt |
| 51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | 1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864 |
| *Attorneys for Defendants Acis Capital Management, L.P. and Joshua N. Terry* | *Attorneys for Defendant Brigade Capital Management, LP* |

2

Highland CLO Funding Ltd.

By: _____

The Clerk of Court is directed to note the change of counsel agreed to here on the docket of this case.
SO ORDERED.

Dated: May 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

3