```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
NEXPOINT STRATEGIC OPPORTUNITIES FUND,                               :
                                                                     :
                                         Plaintiff,                  :   1:21-cv-04384-GHW
                                                                     :
                      -against-                                      :   ORDER
                                                                     :
ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK,                            :
N.A., JOSHUA N. TERRY, BRIGADE CAPITAL                               :
MANAGEMENT, L.P.,                                                    :
                                                                     :
                                         Defendants.                 :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2022

GREGORY H. WOODS, District Judge:

Katherine L. Schneider is granted leave to withdraw as counsel for plaintiff. The Clerk of Court is instructed to terminate Katherine L. Schneider from the list of active counsel in this case.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 115.

SO ORDERED.

Dated: June 12, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge