UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXPOINT STRATEGIC OPPORTUNITIES FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>ACIS CAPITAL MANAGEMENT, L.P., U.S. BANK, N.A., JOSHUA N. TERRY, BRIGADE CAPITAL MANAGEMENT, L.P.,<br><br>*Defendants*. | No. 1:21-cv-04384-GHW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael R. Bloom of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Defendants Acis Capital Management, L.P. and Joshua N. Terry, in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.


Dated: New York, New York
       July 22, 2022


　　　　　　　　　　　　　　　　　　　　*/s/ Michael R. Bloom*
　　　　　　　　　　　　　　　　　　　　Michael R. Bloom
　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　51 Madison Avenue, 22nd Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10010
　　　　　　　　　　　　　　　　　　　　(212) 849-7000
　　　　　　　　　　　　　　　　　　　　michaelbloom@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Acis Capital*
　　　　　　　　　　　　　　　　　　　　*Management, L.P. and Joshua N. Terry*