**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
NEXTPOINT DIVERSIFIED REAL ESTATE TRUST,

                Plaintiff,

  -against-                                 21 **CIVIL** 4384 (GHW)

                                         **JUDGMENT**

ACIS CAPITAL MANAGEMENT, L.P. et al,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated August 19, 2022, all claims against U.S. Bank are dismissed with prejudice; Plaintiff's federal claims against defendants Acis Capital Management, L.P., Brigade Capital Management, L.P., and Joshua Terry are dismissed with prejudice; for the reasons stated in the August, 9, 2022, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims against defendants Acis Capital Management, L.P., Brigade Capital Management, L.P., and Joshua Terry; those claims are dismissed without prejudice; and judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       August 22, 2022

                                                **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                            **BY:**       J. Saviñon
                                                     **Deputy Clerk**