# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-three,

NexPoint Diversified Real Estate Trust,

    Plaintiff - Appellant,

v.

Acis Capital Management, L.P., Joshua N. Terry, Brigade Capital Management, LP,

    Defendants - Appellees,

Highland CLO Funding, Ltd.,

    Intervenor-Defendant-Appellee.

**STATEMENT OF COSTS**

Docket No. 22-1912

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2023
```

IT IS HEREBY ORDERED that costs are taxed in the amount of $205.40 in favor of Appellees Acis Capital Management, L.P. and Joshua N. Terry.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/19/2023